**Abatement Order filed September 12, 2013.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-13-00775-CV**

_____

**DAVID ESTRIDGE, INDIVIDUALLY AND AS NEXT FRIEND OF HIS MINOR SON, CADEN ESTRIDGE, Appellant**

**v.**

**BRUCE MCCOLLISTER, TRI-CITY SWEEPING, INC., AND HIGHWAY TECHNOLOGIES, INC., Appellees**

**On Appeal from the 344th District Court**
**Chambers County, Texas**
**Trial Court Cause No. CV26495**

## ABATEMENT  ORDER

Notice was filed on September 6, 2013 that appellee Highway Technologies, Inc. petitioned for voluntary bankruptcy protection under Chapter 11 of the United States Bankruptcy Code, in the United States Bankruptcy Court for the District of Delaware under case number 1:13-bk-11326, on or about May 22, 2013. *See* Tex. R. App. P. 8.1. A bankruptcy suspends the appeal from the date when the

bankruptcy petition is filed until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM